DAVID J. DOW, Bar No. 179407
ddow@littler.com
MAUREEN A. RODGERS, Bar No. 245876
mrodgers@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, California  92101.3577
Telephone:    619.232.0441
Facsimile:     619.232.4302

Attorneys for Defendant
OFFICE DEPOT, INC. d/b/a OFICE DEPOT STORE #829

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>OFFICE DEPOT, INC., a Delaware Corporation dba OFFICE DEPOT STORE #829; and MCDEVITT ENTERPRISES, a California Limited Partnership,<br><br>            Defendant. | Case No.  4:15-cv-00517-KAW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS OFFICE DEPOT, INC. AND MCDEVITT ENTERPRISES TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  February 3, 2015 |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

CASE No. 4:15-cv-00517-KAW
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT

1  Plaintiffs Irma Ramirez and Daren Heatherly, by and through their undersigned attorneys of record, and Defendants Office Depot, Inc. and McDermott Enterprises (collectively "Defendants"), by and through their attorneys' of record, hereby stipulate to extend the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint to May 15, 2015.  The extension of time is prudent and necessary because Plaintiff's counsel is out of the country from April 8, 2015 until May 5, 2015, the parties have scheduled the joint site inspection for March 31, 2015, and the parties are in the process of discussing potential resolution of the case.

**IT IS SO STIPULATED.**

Dated: March 24, 2015

/s/ Thomas E. Frankovich
THOMAS E. FRANKOVICH
Attorney for Plaintiffs, DAREN HEATHERLY;
and IRMA RAMIREZ

Dated: March 24, 2015

/s/ Maureen A. Rodgers
DAVID J. DOW
MAUREEN A. RODGERS
Attorneys for Defendant
OFFICE DEPOT, INC. d/b/a OFFICE DEPOT STORE #829, and MCDEVITT ENTERPRISES

[GRANTED — Judge Kandis Westmore, United States District Court, Northern District of California]

**ATTESTATION OF E-FILED SIGNATURE**

I, Maureen Rodgers, am the ECF User whose ID and password are being used to file this Stipulation to Extend Deadline for Defendants to Respond to the Complaint.  In compliance with Local Rule 5, I hereby attest that Thomas E. Frankovich, counsel for Plaintiff, has read and approved this stipulation and consents to its filing in this action.

Dated: March 24, 2015

/s/ Maureen A. Rodgers
DAVID J. DOW
MAUREEN A. RODGERS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
OFFICE DEPOT, INC. D/B/A OFICE DEPOT STORE #829

Firmwide:132468702.1 063095.1109

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

1.   CASE No. 4:15-cv-00517-KAW
STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND COMPLAINT