THOMAS E. FRANKOVICH (SBN #074414)
THOMAS E. FRANKOVICH
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94590
Telephone:   (415) 444-5800
Facsimile:   (415) 674-9900
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY; and IRMA RAMIREZ,<br><br>     Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a Delaware Corporation dba OFFICE DEPOT STORE #829; and MCDEVITT ENTERPRISES, a California Limited Partnership,<br><br>     Defendants. | CASE NO. 4:15-cv-00517-KAW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 20, 2015

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:   /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiffs

Dated: November 20, 2015

**LITTLER MENDELSON**

By:   /s/ Maureen A. Rogers
Maureen A. Rodgers
Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:   12/1  , 2015

_/s/ Kandis Westmore_
Hon. Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE